UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| RONALD BOYD BARKSDALE,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, DEUTSCHE BANK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS 2007-02, DOES: 1-100 KNOWN AND UNKNOWN,<br><br>Defendants. | Case No. 2:14-cv-08377 JAK (AGRx)<br>Hon. John A. Kronstadt<br><br>**JUDGMENT**<br><br>JS-6<br><br>Action Filed:   October 29, 2014 |

Ronald Boyd Barksdale ("Plaintiff") brought this action against Nationstar Mortgage LLC (erroneously sued as Nationstar Mortgage) and Deutsche Bank, as Trustee for the Certificate Holders of CWMBS 2007-02, collectively, "Defendants." On June 2, 2015, Plaintiff's claims were dismissed with prejudice.

Because Defendants' motion to dismiss was granted with prejudice and good cause appearing, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. Judgment is entered in favor of Defendants and against Plaintiff;
2. This case is dismissed with prejudice; and
3. Plaintiff is to recover nothing from Defendants.

**IT IS SO ORDERED.**

Dated:  June 12, 2015

HON. JOHN A. KRONSTADT
United States District Court Judge